Christopher G. Hanewicz, Bar No. 1034160 (*Pro Hac Vice Pending*)
CHanewicz@perkinscoie.com
Rodger K. Carreyn, Bar No. 210432
RCarreyn@perkinscoie.com
Autumn N. Nero, Bar No. 1060065 (*Pro Hac Vice Pending*)
ANero@perkinscoie.com
PERKINS COIE LLP
One East Main Street
Suite 201
Madison, WI  53703-5118
Telephone:  608.663.7460
Facsimile:  608.663.7499

Joseph Hamilton
JHamilton@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East
Suite 1700
Los Angeles, CA 90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Defendants
Server Technology, Inc., Server Technology International LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYBER SWITCHING PATENTS, LLC d/b/a CYBER SWITCHING,<br><br>Plaintiff,<br><br>v.<br><br>SERVER TECHNOLOGY, INC., SERVER TECHNOLOGY INTERNATIONAL LLC,<br><br>Defendants. | Case No. 3:14-CV-02693-JCS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT [CIVIL LOCAL RULE 6.1(a)]** |

-1-

1  IT IS HEREBY STIPULATED pursuant to Civil Local Rule 6-1(a) that the July 17, 2014 deadline for defendants Server Technology, Inc. and Server Technology International LLC to answer or otherwise respond to the Complaint shall be extended up to and including August 7, 2014.

DATED: July 11, 2014

| **PERKINS COIE LLP** | **MOUNT, SPELMAN AND FINGERMAN, P.C.** |
|---|---|
| By: */s/ Rodger K. Carreyn*<br>Christopher G. Hanewicz, Bar No. 1034160 (*Pro Hac Vice Pending*)<br>CHanewicz@perkinscoie.com<br>Rodger K. Carreyn, Bar No. 210432<br>RCarreyn@perkinscoie.com<br>Autumn N. Nero, Bar No. 1060065 (*Pro Hac Vice Pending*)<br>ANero@perkinscoie.com<br>One East Main Street<br>Suite 201<br>Madison, WI 53703-5118<br>Telephone: 608.663.7460<br>Facsimile: 608.663.7499<br><br>Joseph Hamilton<br>JHamilton@perkinscoie.com<br>PERKINS COIE LLP<br>1888 Century Park East<br>Suite 1700<br>Los Angeles, CA 90067-1721<br>Telephone: 310.788.9900<br>Facsimile: 310.788.3399<br><br>Attorneys for Defendants<br>Server Technology, Inc., Server Technology International LLC | By: */s/ Kathryn G. Spelman*<br>Kathryn G. Spelman<br>KSpelman@mount.com<br>Jing Hong Cherng<br>GCherng@mount.com<br>River Park Tower<br>333 West San Carlos Street<br>Suite 1650<br>San Jose, CA 95110-2740<br>Telephone: 408.279.7000<br>Facsimile: 408.998.1473<br><br>William H. Stewart<br>WStewart@mount.com<br>1 Market Street, 36th Floor<br>San Francisco, CA 94105<br>Telephone: 415.293.8291<br>Facsimile: 415.293.8001<br><br>Attorneys for Plaintiff Cyber Switching Patents, LLC d/b/a Cyber Switching |

-2-

Stipulation to Extend Time for Defendants to Respond to Complaint [Civil Local Rule 6.1(a)]
3:14-CV-02693-JCS

1  As the attorney electronically filing, I attest that Kathryn G. Spelman has concurred in this
2  filing.
3  Dated: July 11, 2014.                    **PERKINS COIE LLP**

   By: */s/ Rodger K. Carreyn*
   Rodger K. Carreyn, Bar No. 210432

   Attorney for Defendants
   Server Technology, Inc., Server Technology International LLC

Dated: 7/18/14

**IT IS SO ORDERED**

Judge Joseph C. Spero

-3-

Stipulation to Extend Time for Defendants to Respond to Complaint [Civil Local Rule 6.1(a)]
3:14-CV-02693-JCS