1  Christopher G. Hanewicz, Bar No. 1034160
   (appearance *Pro Hac Vice*)
2  CHanewicz@perkinscoie.com
   Rodger K. Carreyn, Bar No. 210432
3  RCarreyn@perkinscoie.com
   Autumn N. Nero, Bar No. 1060065
4  (appearance *Pro Hac Vice*)
   ANero@perkinscoie.com
5  PERKINS COIE LLP
   One East Main Street, Suite 201
6  Madison, WI  53703-5118
   Telephone:  608.663.7460
7  Facsimile:  608.663.7499

8  Michael R. Henson, Bar No. 26385
   (appearance *Pro Hac Vice*)
9  MHenson@perkinscoie.com
   PERKINS COIE LLP
10 1900 Sixteenth Street, Suite 1400
   Denver, CO 80202-5255
11 Telephone:  303.291.2300
   Facsimile:  303.291.2400

12 Joseph Hamilton
13 JHamilton@perkinscoie.com
   PERKINS COIE LLP
14 1888 Century Park East, Suite 1700
   Los Angeles, CA 90067-1721
15 Telephone:  310.788.9900
   Facsimile:  310.788.3399

16
   Attorneys for Defendants
17 Server Technology, Inc., Server Technology
   International LLC

18
UNITED STATES DISTRICT COURT

19
NORTHERN DISTRICT OF CALIFORNIA

20
OAKLAND DIVISION

21

| 22 | CYBER SWITCHING PATENTS, LLC d/b/a CYBER SWITCHING, | Case No. 4:14-CV-02693-PJH |
|---|---|---|
| 23 | | [~~PROPOSED~~] ORDER |
| 24 | Plaintiff, | |
| 25 | v. | |
| 26 | SERVER TECHNOLOGY, INC., SERVER TECHNOLOGY INTERNATIONAL LLC, | |
| 27 | | |
| 28 | Defendants. | |

-1-

1  The Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between Plaintiff Cyber Switching Patents, LLC, Defendant Server Technology, Inc. and Defendant Server Technology International is GRANTED.

It is therefore ORDERED, ADJUDGED, AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff Cyber Switching Patents, LLC, Defendant Server Technology, Inc., and Defendant Server Technology International are hereby DISMISSED WITH PREJUDICE.

It is furthered ORDERED that this Court shall retain jurisdiction to enforce the Settlement and Patent Cross-Licensing Agreement between the parties.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

Dated this 13th day of November, 2014.

BY THE COURT:

_____
Phyllis J. Hamilton
U.S.

-2-

ORDER
4:14-CV-02693-PJH